UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

IN RE:

    JB BOOKSELLERS, INC.                                       CASE NO. 10-53593
    JOSEPH-BETH BOOKSELLERS, LLC                   CASE NO. 10-53594
    JOSEPH-BETH CAFÉ, LLC                                     CASE NO. 10-53595

DEBTORS                                                                 CHAPTER 11

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

Comes the undersigned, and hereby enters an appearance on behalf of the United States Trustee and requests notice of filings in the above styled matters by CM/ECF.

                                                            RICHARD CLIPPARD
                                                            UNITED STATES TRUSTEE, REGION 8

                                                            /S/ Rachelle Dodson
                                                            BY: Rachelle Dodson
                                                            Trial Attorney
                                                            100 E. Vine St., Ste 500
                                                            Lexington, KY  40507
                                                            (859)233-2822