IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

| In re: | Chapter 11 |
|---|---|
| JB BOOKSELLERS, INC., a Kentucky corporation,<br>Debtor[1] | Case No. 10-53593 (TNW) |
| Employer Tax I.D. No. 61-1105130 | |

STATE OF KENTUCKY  )
                   ) ss:
COUNTY OF FAYETTE  )

### AFFIDAVIT OF ELLEN ARVIN KENNEDY, ESQ. REGARDING DEBTOR JB BOOKSELLER, INC.'S NAMES AND ALIASES

**ELLEN ARVIN KENNEDY, ESQUIRE**, being duly sworn, deposes and says:

1. I am a partner in the firm of Dinsmore & Shohl LLP, 250 West Main Street, Suite 1400, Lexington, KY 40507. I am proposed counsel for the above-captioned debtor and debtor-in possession.

2. There are no aliases for the debtor entity, JB Booksellers, Inc.

3. JB Booksellers, Inc. is also known as JB Booksellers, Inc., a Kentucky corporation.

---

[1] The address of the above-captioned Debtors is 1727 Riverside Drive, Cincinnati, OH 45202.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

*Ellen Arvin Kennedy*
Ellen Arvin Kennedy (KY# 88347)
Lexington Financial Center
250 West Main Street, Suite 1400
Lexington, KY 40507
Telephone: 859-425-1000
Facsimile: 859-425-1099
ellen.kennedy@dinslaw.com

Subscribed and Sworn to and subscribed before me, this 12th day of November, 2010.

*Gena Sorenson*
Notary Public
My Commission Expires: 11-14-2013

GENA SORENSON
Notary Public, Kentucky
State At Large
My Commission Expires
November 14, 2013
Notary ID# 467841