**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION**

| | |
|---|---|
| In re:<br>**JB BOOKSELLERS, INC., a Kentucky corporation,**<br>Debtor[1]<br>Employer Tax I.D. No. 61-1105130 | **Chapter 11**<br>**Case No. 10-53593 (TNW)** |
| In re:<br>**JOSEPH-BETH BOOKSELLERS, LLC, a Tennessee limited liability company,**<br>Debtor<br>Employer Tax I.D. No. 31-1566343 | **Chapter 11**<br>**Case No. 10-53594 (TNW)** |
| In re:<br>**JOSEPH-BETH CAFÉ, LLC, a Tennessee limited liability company,**<br>Debtor<br>Employer Tax I.D. No. 61-1315705 | **Chapter 11**<br>**Case No. 10-53595 (TNW)** |

**NOTICE OF EXPEDITED HEARING ON THE DEBTORS' MOTION FOR AN ORDER PURSUANT TO SECTIONS 105, 363 AND 365 OF THE BANKRUPTCY CODE (A) AUTHORIZING THE DEBTORS TO ENTER INTO THE STALKING HORSE AGENCY AGREEMENT; (B) AUTHORIZING THE DEBTORS TO CONDUCT AN AUCTION TO SEEK THE HIGHEST OR BEST BID WITH RESPECT TO AN AGENCY AGREEMENT; (C) AUTHORIZING DEBTORS TO ENTER INTO AN AGENCY AGREEMENT IN CONNECTION WITH STORE CLOSING SALES; (D) AUTHORIZING THE DEBTORS TO CONDUCT STORE CLOSING SALES AT THE DEBTORS LIQUIDATING LOCATIONS; AND (E) GRANTING ANCILLARY AND OTHER RELATED RELIEF**

**PLEASE TAKE NOTICE THAT**, on November 13, 2010, the above captioned debtors and debtors-in-possession (the "Debtors") filed a motion to seek an Order (a) authorizing the Debtors to enter into the Stalking Horse Agency Agreement,[2] (b) authorizing the Debtors to conduct an Auction to seek higher or better bids with respect to an Agency Agreement, (c) authorizing the Debtors to enter into an Agency Agreement in connection with the Store Closing Sales, (d) authorizing the

---

[1] The address of the above-captioned Debtors is 1727 Riverside Drive, Cincinnati, OH 45202.
[2] Capitalized terms not defined herein shall have the meaning ascribed to them in the Store Closing Motion.

Debtors to conduct Store Closing Sales at the Liquidating Locations, and (e) authorizing and ratifying the Debtors closing of stores in Charlotte, NC and Pittsburgh, PA in actions unrelated to the Store Closing Sales [Doc. No. 49] (the "Store Closing Motion").

**PLEASE TAKE FURTHER NOTICE THAT,** on November 13, 2010, the Debtors filed an emergency motion (the "Hearing Motion") requesting hearings with respect to the Store Closing Motion on an **EXPEDITED BASIS**.

**PLEASE TAKE FURTHER NOTICE THAT**, pursuant to the Hearing Motion, the Debtors are seeking a hearing (the "Auction Process Hearing") with respect to their request for (a) authority to enter into the Stalking Horse Agency Agreement, and (b) authority to conduct an Auction to seek higher or better bids with respect to an Agency Agreement (the "Auction Procedures"), to be held on Wednesday November 17 at 1:30 p.m., to be held before the Honorable Judge Tracey Wise, United States Bankruptcy Judge, at the United States Bankruptcy Court, 100 East Vine Street, Lexington, KY 40507, or at such other time as may be determined by the Court.

**PLEASE TAKE FURTHER NOTICE THAT**, pursuant to the Hearing Motion, the Debtors are seeking a hearing (the "Sale Hearing") with respect to their request for (a) authority to enter into an Agency Agreement in connection with the Store Closing Sales, and (b) authority to conduct Store Closing Sales at the Liquidating Locations (the "Store Closing Procedures"), to be held on Thursday November 18 at [__] a./p.m.[3], to be held before the Honorable Judge Tracey Wise, United States Bankruptcy Judge, at the United States Bankruptcy Court, 100 East Vine Street, Lexington, KY 40507, or at such other time as may be determined by the Court.

---

[3] Upon final determination of a time for the Sale Hearing, the Debtors shall post the date and time of the Sale Hearing on their reorganization website, located at: **www.gcginc.com/cases/jbb**

**Your rights may be affected.** You should read this Notice carefully and discuss it with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

If you do not want the Court to grant the relief requested with respect to the Auction Procedures set forth Store Closing Motion, or if you want the Court to consider your views on the Auction Procedures set forth in the Store Closing Motion, then you must also attend the **Auction Process Hearing.**

If you do not want the Court to grant the relief requested with respect to the Store Closing Procedures set forth Store Closing Motion, or if you want the Court to consider your views on the Store Closing Procedures set forth in the Store Closing Motion, then you must also attend the **Sale Hearing.**

**PLEASE TAKE FURTHER NOTICE THAT**, anyone who wishes to obtain a copy of the Store Closing Motion can do so by accessing the Debtors' reorganization website, **www.gcginc.com/cases/jbb**, or emailing a request to: Lisa Geeding at lisa.geeding@dinslaw.com.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Store Closing Motion and may enter an order granting that relief.

Dated: November 13, 2010  
    Lexington, Kentucky

Respectfully submitted,

DINSMORE & SHOHL LLP

*/s/    Ellen Arvin Kennedy*  
Ellen Arvin Kennedy (KY #88347)  
Lexington Financial Center  
250 West Main Street, Suite 1400  
Lexington, KY 40507  
Telephone: 859-425-1000  
Facsimile: 859-425-1099  
ellen.kennedy@dinslaw.com


Kim Martin Lewis (OH #0043533)  
Patrick D. Burns (OH #00081111)  
1900 Chemed Center  
255 East Fifth Street  
Cincinnati, Ohio 45202  
Telephone: (513) 977-8200  
Facsimile: (513) 977-8141  
kim.lewis@dinslaw.com  
patrick.burns@dinslaw.com

Proposed Counsel for Debtors and  
Debtors-in-Possession