## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF KENTUCKY
## LEXINGTON DIVISION

| | |
|---|---|
| In re:<br><br>**JB BOOKSELLERS, INC., a Kentucky corporation, et al.**<br><br>Debtors[1] | **Chapter 11**<br><br>**Case No. 10-53593 (tnw)**<br><br>**Jointly Administered** |

### NOTICE OF HEARING

Notice is hereby given that the Emergency Motion of the Debtors and Debtors-in-Possession for an Order Scheduling Expedited Hearings on the Debtors' Motion for an Order Pursuant to Sections 105, 363, and 365 of the Bankruptcy Code (A) Authorizing the Debtors to Enter into the Stalking Horse Agency Agreement; (B) Authorizing the Debtors to Conduct an Auction to Seek the Highest or Best Bid with Respect to an Agency Agreement; (C) Authorizing Debtors to Enter into an Agency Agreement in Connection with Store Closing Sales; (D) Authorizing the Debtors to Conduct Store Closing Sales at the Debtors' Liquidating Locations; and (E) Granting Ancillary and other Related Relief [Docket Entry 50] will be heard by the Court on November 17, 2010 at 1:30 p.m. (ET) or as soon thereafter as counsel may be heard in the United States Bankruptcy Court, Third Floor Courtroom, 100 East Vine Street, Lexington, Kentucky 40507.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number, are: JB Booksellers, Inc. (5130); Joseph-Beth Booksellers, LLC (6343); and Joseph-Beth Café, LLC (5705). The corporate headquarters address of these Debtors is 1727 Riverside Drive, Cincinnati, OH 45202.

Respectfully Submitted,

DINSMORE & SHOHL LLP

/s/ Ellen Arvin Kennedy, Esq.
Ellen Arvin Kennedy, Esq.
250 W. Main Street, Suite 1400
Lexington, Kentucky 40507
Phone: (859) 425-1000
Fax: (859) 425-1099
Email: ellen.kennedy@dinslaw.com

Kim Martin Lewis (OH #0043533)
Patrick D. Burns (OH #00081111)
1900 Chemed Center
255 East Fifth Street
Cincinnati, Ohio 45202
Telephone: (513) 977-8200
Facsimile: (513) 977-8141
Email: kim.lewis@dinslaw.com
patrick.burns@dinslaw.com

**COUNSEL FOR DEBTORS
(UNDER PENDING APPLICATION)**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served this the 16th day of November 2010, upon all parties in CM/ECF who receive notice in this matter and all creditors listed in the Debtors' Creditor Matrix.

/s/ Ellen Arvin Kennedy, Esq.
*Counsel for Debtors*
*(Under Pending Application)*

400738vvv3