## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF KENTUCKY
## LEXINGTON DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| JB BOOKSELLERS, INC., a Kentucky corporation, et al. | Case No. 10-53593 (tnw) |
| Debtors[1] | Jointly Administered |

### NOTICE OF FINAL HEARINGS

Notice is hereby given that final hearings on the following motions will be heard by the Court on November 30, 2010 at 1:30 p.m. (ET) or as soon thereafter as counsel may be heard in the United States Bankruptcy Court, Third Floor Courtroom, 100 East Vine Street, Lexington, Kentucky 40507.

1. Motion of the Debtors and Debtors-in-Possession for an Order Authorizing Debtor to Honor and Continue Certain Customer Programs in the Ordinary Course of Business Pursuant to 11 U.S.C. §105(A) and 11 U.S.C. §363(B) of the Bankruptcy Code [DE 6], filed on November 11, 2010, and granted in part by an Order of the Court on November 15, 2010 [DE 61], specifically, that portion of the Motion set forth in paragraph 16 entitled "Book Fair Donations."

2. Motion of Debtors for Entry of an Order Under U.S.C. §§105(A) and 363(I) Prohibiting Utility Companies From Discontinuing, Altering, or Refusing Service; (II) Establishing Procedures for Determining Adequate Assurances of Payment, and (III) Establishing Procedures for the Utility Companies to Opt Out of the Debtors' Proposed Procedures for Adequate Assurance [DE 11].

3. Motion of Debtors and Debtors-in-Possession for an Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals, filed on November 11, 2010 [DE 17].

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number, are: JB Booksellers, Inc. (5130); Joseph-Beth Booksellers, LLC (6343); and Joseph-Beth Café, LLC (5705). The corporate headquarters address of these Debtors is 1727 Riverside Drive, Cincinnati, OH 45202.

Respectfully Submitted,

DINSMORE & SHOHL LLP

*/s/ Ellen Arvin Kennedy, Esq.*
Ellen Arvin Kennedy, Esq.
250 W. Main Street, Suite 1400
Lexington, Kentucky 40507
Phone: (859) 425-1000
Fax: (859) 425-1099
ellen.kennedy@dinslaw.com

Kim Martin Lewis (OH #0043533)
Patrick D. Burns (OH #00081111)
1900 Chemed Center
255 East Fifth Street
Cincinnati, Ohio 45202
Telephone: (513) 977-8200
Facsimile: (513) 977-8141
kim.lewis@dinslaw.com
patrick.burns@dinslaw.com

**COUNSEL FOR DEBTORS
(UNDER PENDING APPLICATION)**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served this the 18th day of November 2010, electronically in accordance with the method established under this Court's CM/ECF Administrative Procedures and Standing Order dated July 25, 2002 to all parties having entered an appearance in this case. It will be served on the Master Service List in the manner indicated by a forthcoming certificate of service.

*/s/ Ellen Arvin Kennedy, Esq.*
**ATTORNEY FOR DEBTORS AND
DEBTORS IN POSSESSION
(UNDER PENDING APPLICATION)**

400995v1

2