**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION**

| | |
|---|---|
| In re:<br><br>**JB BOOKSELLERS, INC., a Kentucky corporation, et al.,**<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 10-53593 (TNW)<br><br>**(Jointly Administered)** |

## AFFIDAVIT OF SERVICE

STATE OF ILLINOIS     )
                                    ) ss
COUNTY OF COOK    )

I, Melissa G. Melsher, being duly sworn, depose and state:

1. I am an Assistant Director with The Garden City Group, Inc., the claims, noticing, balloting, and disbursing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 190 South LaSalle Street, Suite 1520, Chicago, Illinois 60603.

2. On November 22, 2010, at the direction of Dinsmore & Shohl LLP, proposed counsel for the Debtors, I caused a true and correct copy of the following documents to be served by e-mail or first class mail, postage prepaid, on the parties as set forth on the service lists annexed hereto as Exhibits A and B, respectively:

- Notice of Filing [of documents evidencing perfection of security of Joseph-Beth Booksellers, LLC] [Docket No. 142];

- Notice of Execution of Agency Agreement [Docket No. 143];

- Notice of Filing [of documents evidencing perfection of security of Joseph-Beth Café, LLC] [Docket No. 144]; and

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number, are: JB Booksellers, Inc. (5130); Joseph-Beth Booksellers, LLC (6343); and Joseph-Beth Café, LLC (5705). The corporate headquarters address of these Debtors is 1727 Riverside Drive, Cincinnati, OH 45202.

- Notice of Filing [of documents evidencing perfection of security of JB Booksellers, Inc.] [Docket No. 145].

_____
Melissa G. Melsher

Sworn to before me this 29th day of November, 2010

_____
Jeffrey C. Demma
Notary Public, State of Illinois
No. 10074942
Qualified in Will County
Commission Expires: December 1, 2014

JEFFREY C DEMMA
OFFICIAL SEAL
NOTARY PUBLIC STATE OF ILLINOIS
MY COMMISSION EXPIRES
DECEMBER 1, 2014

# EXHIBIT A

ALLEN KUEHNLE STOVALL & NEWMAN LLP
ATTN: THOMAS ALLEN
17 S. HIGH STREET
COLUMBUS, OH 43215-3441
email: allen@aksnlaw.com

CASPARI, INC.
ATTN: MICHAEL WOWK
99 COGWHEEL LANE
SEYMOUR, CT 06483
email: mwowk@hgcaspari.com

DAVIS STREET LAND CO OF TN, LLC
ATTN: ROBERT PERLMUTER
622 DAVIS ST, SUITE 200
EVANSTON, IL 60201
email: rperlmutter@dslandco.com

HACHETTE BOOK GROUP USA
ATTN: AMANDA EAMES
3 CENTER PLAZA
BOSTON, MA 02108
email: amanda.eames@hbgusa.com

HOLTZBRINCK PUBLISHERS, LLC
D/B/A MPS
ATTN: JOSEPH J. WALKER
16365 JAMES MADISON HIGHWAY
GORDONSVILLE, VA 22942
email: jwalker@mpsvirginia.com

RIEMER & BRAUNSTEIN LLP
ATTN DONALD E. ROTHMAN
ATTY FOR WEBSTER BUSINESS CREDIT CORP.
THREE CENTER PLAZA
BOSTON, MA 02108
email: DRothman@riemerlaw.com

SIMON & SCHUSTER
ATTN: MICHAEL DOUGHERTY
100 FRONT ST
RIVERSIDE, NJ 08075
email: michael.dougherty@simonandschuster.com

SOURCE INTERLINK DISTRIBUTION
ATTN: PRESIDENT OR GENERAL COUNSEL
75 REMITTANCE DR
SUITE 6427
CHICAGO, IL 60675-6427
email: cynthia.Beauchamp@sorc.com

STOLL KEENON OGDEN PLLC
ATTN: GREGORY D. PAVEY, ESQ.
ATTY FOR GORDON BROS RETAIL PARTNERS
300 WEST VINE ST, #2100
LEXINGTON, KY 40507-1801
email: gregory.pavey@skofirm.com

TRADE ASSOCIATES GROUP LTD.
ATTN: PRESIDENT OR GENERAL COUNSEL
1730 W WRIGHTWOOD
CHICAGO, IL 60614-1914
email: mail@tagltd.com

VERA BRADLEY DESIGNS
ATTN: DAVID TRAYLOR
5620 INDUSTRIAL RD
FORT WAYNE, IN 46825
email: dtraylor@verabradley.com

WEBSTER BUSINESS CREDIT CORPORATION
ATTN: ANDREW WIERMAN
73 BELMONT ST, SUITE 303
EASTON, MA 02375
email: awierman@websterbcc.com

WORKMAN PUBLISHING CO, INC.
ATTN: PHILIP C. GERACE
225 VARICK ST
NEW YORK, NY 10014-4381
email: phil@workman.com

# EXHIBIT B

| | |
|---|---|
| ANTHEM BLUE CROSS<br>ATTN: PRESIDENT OR GENERAL COUNSEL<br>PO BOX 105673<br>ATLANTA, GA 30348-5673 | BAKER & TAYLOR ENTERTAINMENT<br>ATTN: PRESIDENT OR GENERAL COUNSEL<br>1264 PAYSPHERE CR.<br>CHICAGO, IL 60674 |
| BROWNTROUT PUBLISHERS<br>ATTN: PRESIDENT OR GENERAL COUNSEL<br>PO BOX 280070<br>SAN FRANCISCO, CA 94128-0070 | CLP-SPF ROOKWOOD PAVILION, LLC<br>ATTN: PRESIDENT OR GENERAL COUNSEL<br>PO BOX 635159<br>CINCINNATI, OH 45263-5159 |
| FILOFAX INC<br>ATTN: PRESIDENT OR GENERAL COUNSEL<br>372 DANBURY RD, SUITE 171<br>WILTON, CT 06897 | GREEN HILLS MALL, LLC<br>C/O THE MALL AT GREEN HILLS MGMT<br>ATTN: PRESIDENT OR GENERAL COUNSEL<br>2126 ABBOTT MARTIN RD, #171<br>NASHVILLE, TN 37215 |
| HARPER COLLINS PUBLISHERS<br>ATTN: PRESIDENT OR GENERAL COUNSEL<br>P O BOX 360846<br>PITTSBURGH, PA 15251-6846 | INGRAM BOOK GROUP INC<br>ATTN: PRESIDENT OR GENERAL COUNSEL<br>1 INGRAM BLVD<br>LA VERGNE, TN 37086 |
| INGRAM PERIODICALS INC<br>ATTN: PRESIDENT OR GENERAL COUNSEL<br>PO BOX 843951<br>DALLAS, TX 75284-3951 | LAURELWOOD SHOPPING CENTER<br>ATTN: PRESIDENT OR GENERAL COUNSEL<br>3120 S. PERKINS SUITE 303<br>MEMPHIS, TN 38118 |
| LEGACY VILLAGE INVESTORS LLC<br>ATTN: PRESIDENT OR GENERAL COUNSEL<br>PO BOX 931427<br>CLEVELAND, OH 44193 | LEXINGTON GREEN DEVELOPMENT<br>C/O LANGLEY PROPERTIES COMPANY<br>ATTN: PRESIDENT OR GENERAL COUNSEL<br>300 WEST VINE ST, SUITE 220<br>LEXINGTON, KY 40507 |
| LIGHTS CAMERA INTERACTION INC<br>ATTN: PRESIDENT OR GENERAL COUNSEL<br>PO BOX 590<br>WESTPORT, CT 06881 | MACMILLAN PUBLISHING COMPANY<br>ATTN: PRESIDENT OR GENERAL COUNSEL<br>PO BOX 930668<br>ATLANTA, GA 31193-0668 |
| PAPYRUS<br>ATTN: PRESIDENT OR GENERAL COUNSEL<br>3613 SOLUTIONS CENTER<br>CHICAGO, IL 60677-3006 | PEARSON EDUCATION / PRENTISS HAL<br>ATTN: PRESIDENT OR GENERAL COUNSEL<br>PO BOX 409479<br>ATLANTA, GA 30384-9479 |
| PENGUIN PUTNAM INC<br>ATTN: PRESIDENT OR GENERAL COUNSEL<br>LOCKBOX #4920<br>COLLECTION CENTER DRIVE<br>CHICAGO, IL 60693 | POMEGRANATE PUBLISHING<br>ATTN: PRESIDENT OR GENERAL COUNSEL<br>BOX 808022<br>PETALUMA, CA 94975-8022 |
| QUEENSGATE FOOD SERVICE<br>ATTN: PRESIDENT OR GENERAL COUNSEL<br>PO BOX 14120<br>CINCINNATI, OH 45250-0120 | RANDOM HOUSE INC<br>ATTN: PRESIDENT OR GENERAL COUNSEL<br>PO BOX 223384<br>PITTSBURGH, PA 15251-2384 |

SOUTH PARK MALL, LLC
C/O SIMON PROPERTY GROUP
ATTN: PRESIDENT OR GENERAL COUNSEL
PO BOX 409276
ATLANTA, GA 30384-9276

SYSCO FOOD SERVICES
ATTN: PRESIDENT OR GENERAL COUNSEL
PO BOX 96
ATTN: CASHIER
CONCORD, NC 28026

THE THYMES LIMITED
ATTN: PRESIDENT OR GENERAL COUNSEL
PO BOX 1450 NW7317
MINNEAPOLIS, MN 55485-7317