# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF KENTUCKY
# LEXINGTON DIVISION

| | |
|---|---|
| In re:<br><br>**JB BOOKSELLERS, INC., a Kentucky corporation, et al.,**<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 10-53593 (TNW)<br><br>**(Jointly Administered)** |

## AFFIDAVIT OF SERVICE

STATE OF ILLINOIS     )
                      ) ss
COUNTY OF COOK        )

I, Melissa G. Melsher, being duly sworn, depose and state:

1.      I am an Assistant Director with The Garden City Group, Inc., the claims, noticing, balloting, and disbursing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 190 South LaSalle Street, Suite 1520, Chicago, Illinois 60603.

2.      On November 23, 2010, at the direction of Dinsmore & Shohl LLP, proposed counsel for the Debtors, I caused a true and correct copy of the following document to be served by e-mail or first class mail, postage prepaid, on the parties as set forth on the service lists annexed hereto as Exhibits A and B, respectively:

//

//

//

//

//

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number, are: JB Booksellers, Inc. (5130); Joseph-Beth Booksellers, LLC (6343); and Joseph-Beth Café, LLC (5705). The corporate headquarters address of these Debtors is 1727 Riverside Drive, Cincinnati, OH 45202.

- Notice of Filing [Proposed Final Order Pursuant to 11 U.S.C. Sections 105, 361, 362, 363 and 364, Rules 2002, 4001, and 9014 of the Federal Rules of Bankruptcy Procedure and Local Bankruptcy Rules 2002-1 and 4001-2 (1) Authorizing Incurrence by the Debtor of Post-Petition Secured Indebtedness with Priority Over All Over Secured Indebtedness and with Administrative Superpriority, (2) Granting Liens, (3) Authorizing Use of Cash Collateral by the Debtor and Providing for Adequate Protection, and (4) Modifying the Automatic Stay] [Docket No. 156].

_____
Melissa G. Melsher

Sworn to before me this 29th day of November, 2010

_____
Jeffrey C. Demma
Notary Public, State of Illinois
No. 10074942
Qualified in Will County
Commission Expires: December 1, 2014

[Notary Seal: JEFFREY C DEMMA, OFFICIAL SEAL, STATE OF ILLINOIS, MY COMMISSION EXPIRES DECEMBER 1, 2014]

# EXHIBIT A

| | |
|---|---|
| ALLEN KUEHNLE STOVALL & NEUMAN LLP<br>ATTN: THOMAS R. ALLEN, ESQ.<br>17 SOUTH HIGH STREET, SUITE 1220<br>COLUMBUS, OH 43215-4100<br>email: allen@aksnlaw.com | ALLEN, KUEHNLE STOVAL & NEUMAN LLP<br>ATTN ERIN PFEFFERLE, ESQ.<br>17 SOUTH HIGH STREET, SUITE 1220<br>COLUMBUS, OH 43215-4100<br>email: pfeefferle@aksnlaw.com |
| CASPARI, INC.<br>ATTN: MICHAEL WOWK<br>99 COGWHEEL LANE<br>SEYMOUR, CT 06483<br>email: mwowk@hgcaspari.com | DAVIS STREET LAND CO OF TN, LLC<br>ATTN: ROBERT PERLMUTER<br>622 DAVIS ST, SUITE 200<br>EVANSTON, IL 60201<br>email: rperlmutter@dslandco.com |
| HACHETTE BOOK GROUP USA<br>ATTN: AMANDA EAMES<br>3 CENTER PLAZA<br>BOSTON, MA 02108<br>email: amanda.eames@hbgusa.com | HOLTZBRINCK PUBLISHERS, LLC<br>D/B/A MPS<br>ATTN: JOSEPH J. WALKER<br>16365 JAMES MADISON HIGHWAY<br>GORDONSVILLE, VA 22942<br>email: jwalker@mpsvirginia.com |
| RIEMER & BRAUNSTEIN LLP<br>ATTN DONALD E. ROTHMAN<br>ATTY FOR WEBSTER BUSINESS CREDIT CORP.<br>THREE CENTER PLAZA<br>BOSTON, MA 02108<br>email: DRothman@riemerlaw.com | SIMON & SCHUSTER<br>ATTN: MICHAEL DOUGHERTY<br>100 FRONT ST<br>RIVERSIDE, NJ 08075<br>email: michael.dougherty@simonandschuster.com |
| SOURCE INTERLINK DISTRIBUTION<br>ATTN: PRESIDENT OR GENERAL COUNSEL<br>75 REMITTANCE DR<br>SUITE 6427<br>CHICAGO, IL 60675-6427<br>email: cynthia.Beauchamp@sorc.com | STOLL KEENON OGDEN PLLC<br>ATTN: GREGORY D. PAVEY, ESQ.<br>ATTY FOR GORDON BROS RETAIL PARTNERS<br>300 WEST VINE ST, #2100<br>LEXINGTON, KY 40507-1801<br>email: gregory.pavey@skofirm.com |
| TRADE ASSOCIATES GROUP LTD.<br>ATTN: PRESIDENT OR GENERAL COUNSEL<br>1730 W WRIGHTWOOD<br>CHICAGO, IL 60614-1914<br>email: mail@tagltd.com | VERA BRADLEY DESIGNS<br>ATTN: DAVID TRAYLOR<br>5620 INDUSTRIAL RD<br>FORT WAYNE, IN 46825<br>email: dtraylor@verabradley.com |
| WEBSTER BUSINESS CREDIT CORPORATION<br>ATTN: ANDREW WIERMAN<br>73 BELMONT ST, SUITE 303<br>EASTON, MA 02375<br>email: awierman@websterbcc.com | WORKMAN PUBLISHING CO, INC.<br>ATTN: PHILIP C. GERACE<br>225 VARICK ST<br>NEW YORK, NY 10014-4381<br>email: phil@workman.com |

# EXHIBIT B

| | |
|---|---|
| ANTHEM BLUE CROSS<br>ATTN: PRESIDENT OR GENERAL COUNSEL<br>PO BOX 105673<br>ATLANTA, GA 30348-5673 | BAKER & TAYLOR ENTERTAINMENT<br>ATTN: PRESIDENT OR GENERAL COUNSEL<br>1264 PAYSPHERE CR.<br>CHICAGO, IL 60674 |
| BROWNTROUT PUBLISHERS<br>ATTN: PRESIDENT OR GENERAL COUNSEL<br>PO BOX 280070<br>SAN FRANCISCO, CA 94128-0070 | CLP-SPF ROOKWOOD PAVILION, LLC<br>ATTN: PRESIDENT OR GENERAL COUNSEL<br>PO BOX 635159<br>CINCINNATI, OH 45263-5159 |
| FILOFAX INC<br>ATTN: PRESIDENT OR GENERAL COUNSEL<br>372 DANBURY RD, SUITE 171<br>WILTON, CT 06897 | GREEN HILLS MALL, LLC<br>C/O THE MALL AT GREEN HILLS MGMT<br>ATTN: PRESIDENT OR GENERAL COUNSEL<br>2126 ABBOTT MARTIN RD, #171<br>NASHVILLE, TN 37215 |
| HARPER COLLINS PUBLISHERS<br>ATTN: PRESIDENT OR GENERAL COUNSEL<br>P O BOX 360846<br>PITTSBURGH, PA 15251-6846 | INGRAM BOOK GROUP INC<br>ATTN: PRESIDENT OR GENERAL COUNSEL<br>1 INGRAM BLVD<br>LA VERGNE, TN 37086 |
| INGRAM PERIODICALS INC<br>ATTN: PRESIDENT OR GENERAL COUNSEL<br>PO BOX 843951<br>DALLAS, TX 75284-3951 | LAURELWOOD SHOPPING CENTER<br>ATTN: PRESIDENT OR GENERAL COUNSEL<br>2650 THOUSAND OAKS BLVD STE 2350<br>MEMPHIS, TN 38118-2470 |
| LEGACY VILLAGE INVESTORS LLC<br>ATTN: PRESIDENT OR GENERAL COUNSEL<br>PO BOX 931427<br>CLEVELAND, OH 44193 | LEXINGTON GREEN DEVELOPMENT<br>C/O LANGLEY PROPERTIES COMPANY<br>ATTN: PRESIDENT OR GENERAL COUNSEL<br>300 WEST VINE ST, SUITE 220<br>LEXINGTON, KY 40507 |
| LIGHTS CAMERA INTERACTION INC<br>ATTN: PRESIDENT OR GENERAL COUNSEL<br>PO BOX 590<br>WESTPORT, CT 06881 | MACMILLAN PUBLISHING COMPANY<br>ATTN: PRESIDENT OR GENERAL COUNSEL<br>PO BOX 930668<br>ATLANTA, GA 31193-0668 |
| PAPYRUS<br>ATTN: PRESIDENT OR GENERAL COUNSEL<br>3613 SOLUTIONS CENTER<br>CHICAGO, IL 60677-3006 | PEARSON EDUCATION / PRENTISS HAL<br>ATTN: PRESIDENT OR GENERAL COUNSEL<br>PO BOX 409479<br>ATLANTA, GA 30384-9479 |
| PENGUIN PUTNAM INC<br>ATTN: PRESIDENT OR GENERAL COUNSEL<br>LOCKBOX #4920<br>COLLECTION CENTER DRIVE<br>CHICAGO, IL 60693 | POMEGRANATE PUBLISHING<br>ATTN: PRESIDENT OR GENERAL COUNSEL<br>BOX 808022<br>PETALUMA, CA 94975-8022 |
| QUEENSGATE FOOD SERVICE<br>ATTN: PRESIDENT OR GENERAL COUNSEL<br>PO BOX 14120<br>CINCINNATI, OH 45250-0120 | RANDOM HOUSE INC<br>ATTN: PRESIDENT OR GENERAL COUNSEL<br>PO BOX 223384<br>PITTSBURGH, PA 15251-2384 |

SOUTH PARK MALL, LLC
C/O SIMON PROPERTY GROUP
ATTN: PRESIDENT OR GENERAL COUNSEL
PO BOX 409276
ATLANTA, GA 30384-9276

SYSCO FOOD SERVICES
ATTN: PRESIDENT OR GENERAL COUNSEL
PO BOX 96
ATTN: CASHIER
CONCORD, NC 28026

THE THYMES LIMITED
ATTN: PRESIDENT OR GENERAL COUNSEL
PO BOX 1450 NW7317
MINNEAPOLIS, MN 55485-7317