# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF KENTUCKY
# LEXINGTON DIVISION

| | |
|---|---|
| In re:<br><br>**JB BOOKSELLERS, INC., a Kentucky Corporation, *et al.*,**[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 10-53593 (TNW)<br><br>Jointly Administered |

### ORDER GRANTING MOTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ENTRY OF AN ORDER PURSUANT TO BANKRUPTCY PROCEDURE 9019 AUTHORIZING AND APPROVING SETTLEMENT AGREEMENT

Upon consideration of the *Motion of the Official Committee of Unsecured Creditors for Entry of an Order Pursuant to Section 105 of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 9019 Authorizing and Approving Settlement Agreement* (the "Motion")[2]; upon consideration of the Settlement Agreement; and the Court being satisfied that the Ingram Settlement is fair and equitable to all parties in interest in the Debtors' chapter 11 cases; and notice of the Motion being sufficient; and good cause appearing therefor;

**IT IS HEREBY ORDERED** as follows:

1. The Ingram Settlement and the Settlement Agreement are hereby authorized and approved in full.

2. Ingram and the Committee are authorized and directed to execute the Settlement Agreement, perform their respective obligations thereunder when due, and effectuate all of the transactions contemplated thereby or otherwise necessary to implement the Ingram Settlement.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's federal tax identification number are (i) JB Booksellers, Inc. (5130), (ii) Joseph-Beth Booksellers, LLC (6343), and (iii) Joseph-Beth Café, LLC (5705). The Debtors' corporate headquarters address is 1727 Riverside Drive, Cincinnati, OH 45202.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

3. This Court shall retain jurisdiction to hear and decide any and all disputes relating to or arising from the Settlement Agreement.

4. This Order shall be effective immediately upon its entry by the Court.

TENDERED BY:

FROST BROWN TODD LLC

By: /s/ Adam R. Kegley
Adam R. Kegley, Esq.
Ellen M. Sharp, Esq.
250 West Main Street, Ste. 2800
Lexington, Kentucky 40507
Telephone: 859.231.0000
Facsimile: 859.231.0011
akegley@fbtlaw.com

-and-

LOWENSTEIN SANDLER PC
Bruce Buechler, Esq.
Bruce Nathan, Esq.
Andrew Behlmann, Esq.
65 Livingston Avenue
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Co-Counsel to the Committee*

Pursuant to Local Rule 9022-1(c), counsel for the Official Committee of Unsecured Creditors shall cause a copy of this order to be served on each of the parties designated to receive this order pursuant to Local Rule 9022-1(a) and shall file with the Court a certificate of service of the order upon such parties within fourteen (14) days hereof.

<u>Parties to be served with a copy of this Order</u>:

All parties receiving notice by this Court's CM/ECF system in these cases.

LEXLibrary 0120897.0582264  456105v1

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



**Signed By:**
*Tracey N. Wise*
**Bankruptcy Judge**
**Dated: Thursday, May 12, 2011**
**(tnw)**