IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

| | |
|---|---|
| In re:<br><br>**JBB LIQUIDATING 2011 INC.,**<br>(f/k/a **JB BOOKSELLERS, INC.**), *et. al.*,<br><br>Debtors.[1] | Chapter 11<br>Case No. 10-53593<br><br>POST-CONFIRMATION REPORT<br><br>__X__ QUARTERLY _____ FINAL<br><br>QUARTER ENDING: March 31, 2012<br><br>DATE PLAN CONFIRMED: August 24, 2011 |

ALL DISBURSEMENTS MADE BY THE REORGANIZED DEBTOR OR OTHER RESPONSIBLE PARTY EITHER UNDER THE PLAN OR OTHERWISE, MUST BE ACCOUNTED FOR AND REPORTED FOR THE PURPOSE OF CALCULATING THE QUARTERLY FEE.

SUMMARY OF DISBURSEMENTS MADE THIS QUARTER:

Disbursements made under the plan by the Liquidating Trustee:         $   188,740.81

Disbursements made other than under the plan by the Liquidating Trustee: $         0.00

       Total Disbursements:                                                                         $   188,740.81

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number, were: JBB Liquidating 2011 Inc. (f/k/a JB Booksellers, Inc.) (5130); JBB Liquidating 2011 LLC (f/k/a Joseph-Beth Booksellers, LLC) (6343); and JBC Liquidating 2011 LLC (f/k/a Joseph-Beth Café, LLC) (5705). The corporate headquarters address of these Debtors is 1727 Riverside Drive, Cincinnati, OH 45202.

I CERTIFY UNDER THE PENALTY OF PERJURY THAT THE ABOVE INFORMATION REGARDING DISBURSEMENTS MADE BY THE LIQUIDATING TRUSTEE IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.

SIGNED: _____    DATE: 4/18/2012
         Steven A. San Filippo, as Liquidating Trustee

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing was served electronically on April 18, 2012 to all parties receiving notice by this Court's CM/ECF system in this case.

/s/ *Adam R. Kegley*